```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                         :
STEVE ANTHONY OAKLEY,                                    :
                                                         :
                                                         :
                           Petitioner,                   :
                                                         :        20-CV-2972 (JMF)
            -v-                                          :
                                                         :        ORDER
                                                         :
WILLIAM BARR, in his official capacity as the            :
Attorney General of the United States, et al.,           :
                                                         :
                           Respondents.                  :
                                                         :
------------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Petitioner Steve Anthony Oakley, currently in immigration custody, petitions for the writ of habeas corpus in light of the threat posed by COVID-19. According to the Petition, however, Petitioner is being held in the Bergen County Jail in New Jersey. ECF No. 1, ¶ 11. In similar situations, this Court has repeatedly — and recently — held that jurisdiction does not lie in this District. *See Singh v. Holder*, No. 12-CV-4731 (JMF), 2012 WL 5878677, at *2 (S.D.N.Y. Nov. 21, 2012); *see Thomas v. Decker*, No. 19-CV-8690 (JMF), ECF No. 28, at 17-18 (S.D.N.Y. Oct. 16, 2019); *Tazu v. Barr*, No. 19-CV-1716 (JMF), ECF No. 16, at 8 (S.D.N.Y. Mar. 1, 2019); *Traore v. Decker*, No. 18-CV-7909 (JMF), ECF No. 10, at 2-3 (S.D.N.Y. Sept. 6, 2018); *Suraiya v. Cioppa*, No. 18-CV-6628 (JMF), ECF No. 18, at 2-3 (S.D.N.Y. July 31, 2018).

In light of the foregoing, and given the time sensitivity of the issues raised in the Petition, Petitioner shall file a letter **by 4:30 p.m. TODAY** indicating whether he consents to immediate transfer of this case to the District of New Jersey. If he does so consent, the Court will immediately order transfer to the District of New Jersey to enable Petitioner to be heard on the merits as promptly as possible.

In the event that he does consent to transfer, Petitioner shall serve the Petition, all accompanying papers, and this Order electronically on counsel for Respondents **by 5 p.m. TODAY** and the Court will hold a telephone conference with the parties **TOMORROW** at **11:00 a.m.** To access the conference, counsel should call (888) 363-4749 and use access code 542-1540, followed by the pound (#) key.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)  Counsel should be sure to consult the Court's Emergency Individual Rules and Practices, available on the Court's website, and comply with the rules regarding conferences.  All counsel are required to register promptly as filing users on ECF.

SO ORDERED.

Dated: April 13, 2020
New York, New York

JESSE M. FURMAN
United States District Judge