```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STEVE ANTHONY OAKLEY,                                             :
                                                                  :
                         Petitioner,                              :
                                                                  :     20-CV-2972 (JMF)
            -v-                                                   :
                                                                  :     TRANSFER ORDER
WILLIAM BARR, in his official capacity as the Attorney            :
General of the United States, et al,                              :
                                                                  :
                         Respondents.                             :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

Yesterday, Petitioner, currently in immigration custody at Bergen County Jail, located in Hackensack, New Jersey, petitioned for the writ of habeas corpus in light of the threat posed by COVID-19. In response to the Court's Order to Show Cause, see ECF No. 5, and Respondent's letter motion opposing venue in the Southern District of New York, see ECF No. 6, Petitioner has now consented to the transfer of this case to the District of New Jersey, see ECF No. 9.

**Accordingly, the Clerk of Court is directed to TRANSFER this case forthwith (i.e., without waiting the seven days specified in Local Civil Rule 83.1) to the United States District Court for the District of New Jersey, and to close the case on this Court's docket.**

SO ORDERED.

Dated: April 14, 2020
       New York, New York

_____
JESSE M. FURMAN
United States District Judge

1